## Corrado, Appellant, *v.* Corrado.

Before ROSS, J.

717

Argued November 18, 1975. *Samuel R. Sciullo,* for appellant; *Frederick N. Frank,* with him *Robert Raphael,* and *Raphael, Sheinberg & Barmen,* for appellee.

Orders affirmed.

JACOBS, J., absent.